**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

In Re:   B & G Popcorn, Inc.

**Debtor(s)**

Case No.: 21–31220

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/17/23

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge